FILED
SEP 27 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,*<br><br>vs.<br><br>(2) CHRISTIAN MARTINEZ<br>*Defendant,* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§    No.: SA:22-CR-00366(2)-OLG |

## ORDER SETTING SENTENCING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **SENTENCING PROCEEDINGS** in Courtroom C, Second Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, Texas on Thursday, January 4, 2024 at 9:30 AM    **IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, U.S. Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if defendant is on bond, advise defendant that he must be present at the sentence proceedings.

**IT IS SO ORDERED** on September 27, 2023.

RICHARD B. FARRER
**UNITED STATES MAGISTRATE JUDGE**