# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

USA §
 §   CRIMINAL NO:
vs. §   SA:22-CR-00366(2)-OLG
 §
(2) CHRISTIAN MARTINEZ §

## ORDER RESETTING SENTENCING

   IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Thursday, April 17, 2025 at 09:30 AM**.

   IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

   IT IS SO ORDERED this 21st day of January, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE